```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAYLA SALIBA *individually and on behalf of all others similarly situated*, et al.

      Plaintiffs,

-against-

HANOVER CAPITAL GROUP LLC, HAIM LLALOUZ, and YANATHON LLALOUZ,

      Defendants.

1:24-cv-401-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

  Plaintiffs initiated this action by filing a complaint on January 18, 2024. [ECF No. 1]. Affidavits of service of summons and complaint with respect to Defendant Yanathon Llalouz were filed on the docket on March 5, 2024. [ECF No. 18]. According to those summons, Defendant Yanathon Llalouz's response to the complaint was due March 26, 2024. [ECF No. 18]. No response was filed. On April 1, 2024, the Court issued an Order directing Defendant Yanathon Llalouz, who is currently unrepresented and apparently in default, to file a letter on the docket by April 8, 2024, informing the Court whether he intends to proceed *pro se*. No response was filed.

  Accordingly, it is HEREBY ORDERED that on or before April 26, 2024, Defendant Yanathon Llalouz shall file a letter on the docket informing the Court whether he intends to proceed in this action *pro se*. If Defendant Yanathon Llalouz fails to notify the Court or otherwise respond to the Complaint, then Plaintiffs may proceed to move for a default judgment against him.

**SO ORDERED.**

**Date: April 12, 2024**
   **New York, NY**

               *Mary Kay Vyskocil*
               **MARY KAY VYSKOCIL**
               **United States District Judge**