UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024
```

LAYLA SALIBA *individually and on behalf of all others similarly situated*, et al.

                 Plaintiffs,

-against-

HANOVER CAPITAL GROUP LLC, HAIM LLALOUZ, and YANATHON LLALOUZ,

                 Defendants.

1:24-cv-401-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiffs initiated this action by filing a complaint on January 18, 2024. [ECF No. 1]. Affidavits of service of summons and complaint with respect to Defendant Yanathon Llalouz were filed on the docket on March 5, 2024. [ECF No. 18]. According to those summons, Defendant Yanathon Llalouz's response to the complaint was due March 26, 2024. [ECF No. 18]. No response was filed. On April 1, 2024, the Court issued an Order directing Defendant Yanathon Llalouz, who is currently unrepresented and apparently in default, to file a letter on the docket by April 8, 2024, informing the Court whether he intends to proceed *pro se*. No response was filed.

    Accordingly, on April 12, 2024, the Court issued another order directing Defendant Yanathon Llalouz to file a letter on the docket informing the Court whether he intends to proceed in this action *pro se*. [ECF No. 26]. The April 12 Order further directed that "[[i]f Defendant Yanathon Llalouz fail[ed] to notify the Court or otherwise respond to the Complaint [by April 26], then Plaintiffs may proceed to move for a default judgment against him." [ECF No. 26]. Defendant Yanathon Llalouz again failed to respond to the Court's orders.

    Thereafter, on April 30, 2024, Plaintiffs obtained a Clerk's Certificate of Default as to Defendant Yanathon Llalouz. [ECF No. 29]. However, **more than one month has elapsed** since

2

Plaintiffs obtained the Certificate of Default, and Plaintiffs have failed to move for Default Judgment against Defendant Yanathon Llalouz.

Accordingly, it is HEREBY ORDERED that **on or before June 14, 2024**, Plaintiffs shall file any anticipated Default Judgment Motion against Defendant Yanathon Llalouz in accordance with this Court's Individual Rules of Practice in Civil Cases.

**SO ORDERED.**

**Date:  June 3, 2024**  
**        New York, NY**

**MARY KAY VYSKOCIL**  
**United States District Judge**