USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAYLA SALIBA *individually and on behalf of all others similarly situated*, et al.

                Plaintiffs,

-against-

HANOVER CAPITAL GROUP LLC, HAIM LLALOUZ, and YANATHON LLALOUZ,

                Defendants.

1:24-cv-401-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiffs initiated this action by filing a complaint on January 18, 2024. [ECF No. 1]. Affidavits of service of summons and complaint with respect to Corporate Defendant Hanover Capital Group LLC ("Hanover Capital") were filed on the docket on February 20, 2024. [ECF No. 11]. According to those summons, Hanover Capital's response to the complaint was due February 26, 2024. [ECF No. 11]. No response was filed.

    On March 4, 2024, Individual Defendant Haim Llalouz filed a letter with the Court requesting that he be permitted to represent Hanover Capital. [ECF No. 16]. The Court denied Haim Llalouz's request, explaining that a corporate defendant—here, Hanover Capital—must be represented by a licensed attorney. [ECF No. 25]; *see Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011) ("It is well settled that corporations can only appear in court through an attorney, and may not proceed prose."). The Court further ordered licensed counsel for Defendant Hanover Capital to file a notice of appearance on or before April 30, 2024. [ECF No. 25]. The Court directed that if no new counsel for Hanover Capital appeared by that date, then Plaintiffs could proceed to move for a default judgment against Hanover Capital,

as corporate entities cannot continue to continue to defend themselves in this Court without counsel. [ECF No. 25].

To date, no licensed counsel has appeared on behalf of Hanover Capital. Moreover, Plaintiffs have already obtained a Clerk's Certificate of Default against Hanover Capital. [ECF No. 24]. Nevertheless, Plaintiffs have failed to move for Default Judgment against Hanover Capital. Accordingly, it is HEREBY ORDERED that **on or before June 14, 2024**, Plaintiffs shall file any anticipated Default Judgment Motion against Defendant Hanover Capital in accordance with this Court's Individual Rules of Practice in Civil Cases.

**SO ORDERED.**

**Date:  June 3, 2024**  
      **New York, NY**

*/s/ Mary Kay Vyskocil*  
**MARY KAY VYSKOCIL**  
**United States District Judge**