UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAYLA SALIBA, GEOFFREY KIGONGO,
GEORGE RAUCH, and KWAINE THOMSPON JR.,
individually and on behalf of all others similarly situated,    CASE #: 24-cv-401 (MKV)

                    Plaintiffs,    CIVIL ACTION

    -against-

HANOVER CAPITAL GROUP LLC, PREMIUM    **NOTICE OF MOTION FOR**
MERCHANT FUNDING ONE, LLC, HAIM    **DEFAULT JUDGMENT**
LLALOUZ, and YANATHON LLALOUZ,

                    Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, Plaintiffs hereby move before the Hon. Mary Kay Vyskocil, U.S.D.J., of the United States District Court for the Southern District of New York, who is located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom #18C, New York, New York 10007, for an order: (1) granting Default Judgment in favor of Plaintiffs and against Co-Defendant Hanover Capital Group LLC, pursuant to Fed. R. Civ. P. 55(b), as to liability only; (2) granting Default Judgment in favor of Plaintiffs and against Co-Defendant Yanathon Llalouz, pursuant to Fed. R. Civ. P. 55(b), as to liability only; and (3) granting any additional relief that the Court may deem to be just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of the instant motion, Plaintiffs shall rely upon the Affirmation of Carl E. Zapffe, Esq., attorney for Plaintiffs, as well as the exhibits that are attached thereto.

**PLEASE TAKE FURTHER NOTICE** that, unless the Court issues a scheduling order pertaining to this motion that overrides the following dates, then pursuant to L. Civ. R. 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen (14) days after the

- 2 -

date on which you receive this motion (in computing periods of days, refer to Fed. R. Civ. P. 6 and L. Civ. R. 6.4).

                                                          **HELD & HINES, LLP**

Dated: New York, New York                      By: */s/ Carl E. Zapffe*
        June 21, 2024                              Carl E. Zapffe, Esq.
                                                      622 Third Avenue, Suite 600
                                                      New York, NY 10017
                                                      212-696-4529 (Phone)
                                                      czapffe@heldhines.com
                                                      *Attorneys for Plaintiffs and*
                                                      *Putative Class Members*

                                                      Send All Mail to:
                                                      2004 Ralph Avenue
                                                      Brooklyn, NY 11234
                                                      718-531-9700 (Phone)
                                                      718-444-5768 (Fax)

To:    Haim Llalouz
        367 Summit Ave.
        Cedarhurst, NY 11516

        Hanover Capital Group LLC
        c/o Agent: Yonathan Lallouz
        367 Summit Ave.
        Cedarhurst, NY 11516

        Yanathon Lallouz
        367 Summit Ave.
        Cedarhurst, NY 11516