USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAYLA SALIBA *individually and on behalf of all others similarly situated*, et al.

                Plaintiffs,

-against-

HANOVER CAPITAL GROUP LLC, HAIM LLALOUZ, and YANATHON LLALOUZ,

                Defendants.

1:24-cv-401-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

       On May 20, 2025, the Court endorsed a Revised Civil Case Management Plan and Scheduling Order in this matter. [ECF No. 57, ("CMP")]. The CMP directed that all fact discovery was to be completed by June 11, 2025 and depositions were to be completed by August 13, 2025. [ECF No. 57]. On July 3, 2025, the Court received a letter regarding a possible discovery dispute that the parties hoped to resolve without Court intervention [ECF No. 58] and shortly thereafter received a letter advising that the parties are open to ADR mechanisms, but that extending the deposition deadline would be required in order for the parties to meaningfully participate in any ADR mechanism. [ECF No. 59]. In response, the Court issued a Mediation Referral Order [ECF No. 60] and granted a brief extension to the deposition deadline from August 13, 2025 to September 30, 2025. [ECF No. 61].

       Then on August 25, 2025, the parties filed a joint letter motion with respect to a discovery dispute that was also the subject of the July 3, 2025 letter. [ECF No. 64]. The Court denied the parties' joint letter and explained that the parties' request was untimely pursuant to the Court's Individual Rules of Practice in Civil Cases. [ECF No. 65]. Thereafter, Plaintiff filed a motion for reconsideration of the Court's decision not to impose additional sanctions on Defendants. [ECF

No. 69]. A few days later the Court received yet another joint letter from the parties regarding a new discovery dispute with respect to depositions. [ECF Nos. 70–74].

Accordingly, IT IS HEREBY ORDERED that the Court will resolve these pending requests at the conference already scheduled in this matter for October 15, 2025 at 10:30 AM. IT IS FURTHER ORDERED that the deposition deadline of September 30, 2025, is extended until October 29, 2025. IT IS FURTHER ORDERED that the parties shall file a joint letter on the docket one week in advance of the conference to advise the Court regarding the status of these disputes and the case overall. IT IS FURTHER ORDERD that the parties' letter motions to seal are provisionally GRANTED.

The Clerk of Court is respectfully requested to termination the motions pending at docket entries 72 and 73.

**The parties are reminded that failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties , dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

Date:  September 15, 2025            _____
           New York, NY                              **MARY KAY VYSKOCIL**
                                                                **United States District Judge**