```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAYLA SALIBA et al.,                          :
                                              :
                       Plaintiffs,            :    24-CV-401 (MKV) (RWL)
                                              :
        - against -                           :
                                              :    ORDER
HANOVER CAPITAL GROUP LLC et al.,             :
                                              :
                       Defendants.            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on October 15, 2025, Plaintiffs' motion for reconsideration at Dkt. 69, and the parties' additional discovery disputes raised by letter at Dkt. 70, are resolved as follows:

1. In addition to any other depositions, Plaintiff may also depose a 30(b)(6) witness for the Defendant corporate entity (and that witness individually) regarding document existence, retention, disposition, production, etc.

2. Defendants shall produce the documents requested by Plaintiffs concerning other employees. Such information shall be treated as for attorney's eyes only until entry of a protective order for confidential information, at which point such information shall be reclassified.

3. By **October 29, 2025**, the parties shall meet and confer and submit for entry a proposed stipulated protective order for confidential information.

4. By **October 29, 2025**, Defendants shall produce the last known contact information for the non-party witnesses identified by Defendants as persons having relevant knowledge and/or on whom Defendants intend to rely for trial. If Defendants do

1

not produce the requisite information by October 29, 2025, they shall begin to incur coercive sanctions of $1,000 per day, which daily amount shall double every seven days.

5. By **October 29, 2025**, Plaintiffs shall produce the information requested regarding their employment and educational history for the time period for which they claim to have been employed by Defendants.

6. The fact discovery deadline, including depositions, is extended to **December 31, 2025**.

Failure to comply with this order (or any other court order) may result in sanctions, including monetary sanctions, adverse inferences, or any other permissible sanction.

The Clerk of Court is respectfully directed to terminate the motion for reconsideration at Dkt. 69.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2025
      New York, New York

Copies transmitted this date to all counsel of record.