UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

LAYLA SALIBA et al.,                    :
                                        :
                    Plaintiffs,         :        24-CV-401 (MKV) (RWL)
                                        :
        - against -                     :
                                        :        **ORDER**
HANOVER CAPITAL GROUP LLC et al.,       :
                                        :
                    Defendants.         :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on March 10, 2026, by **March 24, 2026**, Plaintiffs shall file **under seal** a letter providing details about Mr. Yanathon Llalouz's fitness to proceed with depositions.  The parties shall continue to cooperate in scheduling all remaining depositions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 10, 2026
      New York, New York

Copies transmitted this date to all counsel of record.

1