UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAYLA SALIBA et al.,                          :
                                              :
                          Plaintiffs,         :          24-CV-401 (MKV) (RWL)
                                              :
            - against -                       :
                                              :                  **ORDER**
HANOVER CAPITAL GROUP LLC et al.,             :
                                              :
                          Defendants.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 10, 2026, the Court issued an order directing Plaintiffs to file a letter concerning Defendant Yanathon Llalouz's fitness to proceed with depositions. (*See* Dkt. 90.)  As discussed at the case management conference held on the same day, that order should have been directed to Defendants, not Plaintiffs.

Accordingly, by **March 24, 2026**, Defendants shall file **under seal** a letter providing details about Mr. Yanathon Llalouz's fitness to proceed with depositions.  Plaintiffs are relieved of their obligation to file a letter.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 16, 2026
       New York, New York

Copies transmitted this date to all counsel of record.

1