UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LAYLA SALIBA et al.,                        :
                                            :
                        Plaintiffs,         :          24-CV-401 (MKV) (RWL)
                                            :
            - against -                     :
                                            :          **ORDER**
HANOVER CAPITAL GROUP LLC et al.,           :
                                            :
                        Defendants.         :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held via Microsoft Teams on May 18, 2026, defense counsel shall file an ex parte status report (with a redacted copy to Plaintiff's counsel) every two weeks, with supporting documentation, regarding the status of Y. Lallouz. The recording of the May 18, 2026 conference shall be sealed due to the personal health-related information discussed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 18, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1