UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LAYLA SALIBA et al.,

Plaintiffs,

- against -

HANOVER CAPITAL GROUP LLC et al.,

Defendants.

---------------------------------------------------------------X

24-CV-401 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants' request at Dkt. 101 for an extension of discovery is granted. Plaintiff's reservation of rights as Dkt. 102 is duly noted. Discovery shall be completed by **December 29, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 101.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 29, 2026
New York, New York

Copies transmitted this date to all counsel of record.